JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAELITO B., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-03003-MAR <br><br> **JUDGMENT** |

Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: October 02, 2023

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE